# VERDICT SHEET

## CLAIM UNDER THE FAMILY AND MEDICAL LEAVE ACT

**Question 1**: Did the defendant, Jamaica Hospital Medical Center, in terminating plaintiff's employment, retaliate against her in violation of the Family and Medical Leave Act (FMLA)?

\_\_\_ Yes     _X_ No

*If you answered "yes" to Question 1, proceed to Question 2.*

**Question 2**: Did the defendant act willfully? \_\_\_ Yes \_\_\_ No

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ APR 1 2 2018

BROOKLYN OFFICE

1

## CLAIMS UNDER NEW YORK CITY LAW

### *Disability*

**Question 3:** Did the defendant discriminate against plaintiff on the basis of her disabilities by denying her reasonable accommodation during the course of her employment in 2013 and 2014?

\_\_\_\_ Yes   **X** No

**Question 4:** Did the defendant, in terminating the plaintiff's employment, discriminate on the basis of her disabilities? \_\_\_\_ Yes **X** No

### *Race*

**Question 5:** Did defendant discriminate against plaintiff during the course of her employment in 2013 and 2014 on the basis of her African American race? \_\_\_\_Yes **X** No

**Question 6:** Did defendant discriminate against plaintiff on the basis of her African American race when it terminated her employment? \_\_\_\_Yes **X** No

### *Retaliation*

**Question 7:** Did the defendant retaliate against plaintiff during the course of her employment in 2013 and 2014? \_\_\_\_Yes **X** No

**Question 8:** Did the defendant retaliate against the plaintiff when it terminated her?

\_\_\_\_ Yes **X** No

## DAMAGES

**Question 9:**

*If you answered yes to Questions 1, 4, 6, or, 8 please answer the following:*

How much back pay do you award the plaintiff? $_____

**Question 10:**

*If you answered yes to Questions 3, 4, 5, 6, 7, or 8, please answer the following:*

How much, if anything, do you award the plaintiff for pain and suffering under the New York City Human Rights Law? $_____

**Question 11:**

*If you awarded damages under Question 10, please answer the following:*

How much, if anything, do you award the plaintiff as punitive damages under the New York City Human Rights Law? $_____



_____
Juror # 1

_____
Juror # 2

_____
Juror # 3

_____
Juror # 4

_____
Juror # 5

_____
Juror # 6

_____
Juror # 7

_____
Juror # 8

_____
Juror # 9

_____
Juror # 10

4-12-18
DATE